CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

MICHAEL HEATH (SBN: 196747)
mheath_law@sbcglobal.net
HOWARD OLSEN (SBN: 255888)
WALTER J. LIN (SBN: 327142)
LAW OFFICE OF MICHAEL HEATH
3251 Steiner Street
San Francisco, CA 94123
Telephone: (415) 931-4207
Facsimile: (415) 931-4117
Attorneys for Defendant
Kai Motels, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER | Case: 4:21-cv-00433-JSW |
|     Plaintiff, | |
|   v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| KAI MOTELS, INC., a California Corporation; | |
|     Defendant, | |

1

## **<u>STIPULATION</u>**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 17, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
                Amanda Seabock
                Attorneys for Plaintiff

Dated:                           LAW OFFICE OF MICHAEL HEATH

By: _____
                Michael Heath
                Attorneys for Defendant
                Kai Motels, Inc.

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                                    CENTER FOR DISABILITY ACCESS


                                          By: _____
                                                Amanda Seabock
                                                Attorneys for Plaintiff

Dated: 8-16-2021              LAW OFFICE OF MICHAEL HEATH


                                          By: _____
                                                Michael Heath
                                                Attorneys for Defendant
                                                Kai Motels, Inc.

2